IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MIRIAM BRIGGS-MUHAMMAD,

    Plaintiff,                                   JUDGMENT IN A CIVIL CASE

v.                                                   Case No. 12-cv-369-wmc

CAROLYN COLVIN, Acting Commissioner,
Social Security Administration,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of defendant Carolyn Colvin, Acting Commissioner of Social Security Administration, suspending plaintiff Miriam Briggs-Muhammad from the PASS program and dismissing this case with prejudice.

    /s/                                                              5/20/2014

Peter Oppeneer, Clerk of Court                           Date