Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court

Miriam E. Briggs-Muhammad
Pro Per,
Madison, Wisconsin 53714-2012
608-630-8956
Muhammad*9678@gmail.com

UNITED STATE DISTRICT COURT FOR THE WISCONSIN

DISTRICT OF WISCONSIN

FILE NUMBER _____

| | |
|---|---|
| MIRIAM E. BRIGGS-MUHAMMAD, | Case No.:  12-CV-369  WMC |
| Plaintiff, | |
| vs. | NOTICE OF APPEAL |
| CAROLYN COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,, | |
| Defendant | |

Notice is hereby given that, I Miriam Briggs Muhammad, (Plaintiff) in the above name case, I hereby appeal to the United States Court of Appeals for the 7th Circuit from the final judgment. form an order to dismiss with prejudice.

Entered in this action on the ___4th___ day of ___June___,
20_14_____

(s)
_[signature: Miriam E. Briggs Muhammad]_

NOTICE OF APPEAL - 1

Dated this 7th Day of June, 2014.

_____
Miriam E. Briggs-Muhammad,  In  Pro Per

Miriam E. Briggs-Muhammad
11 O'Brien Court
Madison, Wisconsin 53714-2012

NOTICE OF APPEAL - 2