IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MIRIAM E. BRIGGS-MUHAMMAD,

                Plaintiff,                               ORDER

      v.                                                    12-cv-369-wmc

CAROLYN COLVIN, Acting Commissioner,
Social Security Administration,

                Defendant.

---

On May 20, 2014, the court affirmed the administrative decision suspending plaintiff Miriam Briggs-Muhammad from the PASS program and dismissed this case with prejudice. Plaintiff has now filed a notice of appeal. To date, however, plaintiff has neither paid the appellate docketing fee ($505) nor requested leave to proceed *in forma pauperis* without prepayment of the fee. Assuming that plaintiff wishes to proceed without prepayment of the appellate fee, she will be required to complete the enclosed petition and affidavit to support a determination that she is entitled to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(1).

ORDER

IT IS ORDERED that, no later than June 20, 2014, plaintiff Miriam Briggs-Muhammad must pay the appellate docketing fee ($505) or submit a motion for leave to proceed *in forma pauperis* without prepayment of the appeal filing fee.

Entered this 5th day of June, 2014.

                                                  BY THE COURT:

                                                   /s/
                                                   PETER OPPENEER
                                                   Magistrate Judge